# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| **DONNA YOWELL and REBECCA HALE,** ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | **Civil No. 3:23-cv-00321-TSL-MTP** |
| v. ) | |
| ) | |
| **THE BOARD OF SUPERVISORS OF HINDS COUNTY, MISSISSIPPI; DAVID L. ARCHIE, SUPERVISOR FOR DISTRICT 2 HINDS COUNTY, MISSISSIPPI; UNKNOWN SHERRIF'S DEPUTIES AND CONSTABLES OF HINDS COUNTY, MISSISSIPPI,** ) | |
| ) | |
| *Defendants*. ) | |
| _____ ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Come now the plaintiffs, by and through counsel, to dismiss the above styled case without prejudice. Plaintiffs do this as a matter of right pursuant to FRCP 41(a)(1)(i) because the opposing parties have not yet filed an answer. Plaintiffs may refile their

complaint at a later date, after they have pursued whatever remedies are available under the Mississippi Torts Claims Act.

Respectfully Submitted, this the 10th day of June 2023.

/s/ Marvin Vining
MARVIN VINING

Marvin Vining, Esq.
MS Bar No. 8535
Lead counsel for plaintiffs

**MARVIN VINING**
Attorney at Law, LLC
P.O. Box 250
Monticello, MS 39654
Phone: 601–842–2589
marvinving@mac.com

CERTIFICATE OF SERVICE

I, Marvin Vining, lead counsel for plaintiffs, certify that I have this date served a copy of the above and foregoing Notice of Dismissal to the following interested persons by way of the ECF electronic filing system and by courtesy emails.

| | |
|---|---|
| Honorable Tom S. Lee | Judge assigned this case |
| Honorable Michael T. Parker | Magistrate assigned this case |
| Rayford G. Chambers, Esq.<br>rchambers@cglawpartners.com | Lead attorney for Hinds County Board of Supervisors and for Supervisor David L. Archie |
| John Hall, Esq.<br>jhall@halllawgrp.com | Lead attorney for Sheriff Tyree D. Jones and the defendants currently named as Unknown Sheriff's Deputies and Constables |

This, the 10th day of June 2023.

/s/ Marvin Vining
MARVIN VINING

**MARVIN VINING**
Attorney at Law, LLC
P.O. Box 250
Monticello, MS 39654
Phone: 601–842–2589
marvinvining@mac.com